IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-052 |
| | * | |
| DIANE FREEMAN and STEVEN | * | |
| FREEMAN | * | |

## O R D E R

Defendants Steven and Diane Freeman, husband and wife, are currently on bond in this case awaiting sentencing. They live in the Western District of Texas. They also have property in Houston, Texas in the Southern District of Texas, which was heavily damaged by Hurricane Harvey and in need of repair. The Houston property is a six-hour round-trip drive for the Freemans from their current residence.

At present, the Freemans wish to travel to the Houston property to effect necessary repairs, but they are hindered by the curfew condition. On July 15, 2019, Defendant Diane Freeman, through counsel, filed a Motion to Modify Conditions of Release on Bond, whereby she seeks to be allowed to travel to the Southern District of Texas and remain there up to a week at a time.[1]

Upon due consideration and consultation with this district's probation office, the Motion to Modify Conditions of Release of

---

[1] The motion is ambiguous as to whether Steven Freeman seeks the same modification although much of the motion refers to both Defendants.

Bond (doc. 62) is **GRANTED IN PART**. Both Steven and Diane Freeman's Conditions of Release are hereby modified to allow them to travel to the Southern District of Texas to effect necessary repairs to their Houston property for a continuous period of three days and three nights at a time. The Freemans must provide prior notice of their intent to do so to the United States Pretrial Services Office in the Western District of Texas.

The Clerk is directed to docket this Order as to both Steven and Diane Freeman and to provide a copy of the Order to Mr. Enoch Eller, United States Probation Officer, Southern District of Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of July, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA